**RISNER & GRAHAM** #00089200
Attorneys at Law
100 North Stone Avenue, Suite 901
Tucson, Arizona 85701-1620
(520) 622-7494

**WILLIAM J. RISNER, ESQ.**
State Bar Number: 002257
Pima County Bar Number: 48228
bill@risnerandgraham.com
**KENNETH K. GRAHAM, ESQ.**
State Bar Number: 007069
Pima County Bar Number: 21588
kk@risnerandgraham.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| MARIA DOLORES PLATT CHAVEZ, KARLA IVETTE PLATT CHAVEZ, JUAN R. PLATT MARTINEZ, MARIA PLATT CHAVEZ, JUAN R. PLATT CHAVEZ, JOSE A. PLATT CHAVEZ, ANTONIO CHAVEZ DEL VALLE, LUIS F. CHAVEZ TORRES, RAFAEL CHAVEZ TORRES, YOLANDA NAVARRO FLORES<br><br>Plaintiffs,<br><br>-vs-<br><br>AMERICAN FIDELITY INTERNATIONAL, (BERMUDA) LTD., a member of the American Fidelity Group,<br><br>Defendant. | NO. CV-09-00677-TUC-JMR<br><br>OPPOSITION TO SPECIAL APPEARANCE TO CHALLENGE JURISDICTION AND RULE 12(B)(2) MOTION TO DISMISS<br><br>Assigned to: |

The plaintiffs oppose the motion to dismiss for lack of jurisdiction. This opposition is based on the attached exhibits, and the matters and authorities cited in this opposition. The Plaintiffs request an extension of time to file an affidavit from defendants sales representatives in Mexico.

1   The defendants marketed this life insurance policy in Sonora, Mexico as one issued by an
2   American company but upon the death of the insured they refuse to pay claiming they are not an
3   American company and cannot be sued anywhere in the United States. They have created a legal
4   black hole that they want to hide in.

5   Mr Antonio Chavez Torres purchased a life insurance policy from an agent who sold
6   policies issued by "American companies." The premiums were paid in dollars by the customer and
7   not Mexican pesos. The policy was printed in English and not Spanish. The application was mailed
8   to 2000 Classen Center in Oklahoma City, Oklahoma. **(See Exhibit 1 attached)**. The sales agent
9   is paid his commission in U.S. dollars by the company in Florida. The sales material refers to
10  "American Fidelity Assurance Company, a member of the American Fidelity Group."

11  Plaintiff's are in the process of obtaining a declaration from "Pepe" Tapia, the representative
12  of the company who sold the policy. He has orally told plaintiffs that he deals with a contact office
13  of American Fidelity in Miami, Florida which communicates with the company headquarters in
14  Oklahoma City, Oklahoma.

15  In spite of the Oklahoma contacts the defendant claims it cannot be sued in Oklahoma, nor
16  presumably Florida or Arizona. Arizona is the logical forum in the United States based on the
17  convenience of the parties because all the witnesses such as the medical doctors and salesman reside
18  in Hermosillo, Sonora.

19  Service of Process of the Arizona Department of Insurance was attempted in Arizona as
20  argued by defendant. Attached as **Exhibit 2** is in affidavit of attempted service showing that the
21  department refused to accept service. **Exhibit 3** is an affidavit of service on "Ann Capers, person
22  authorized" in Oklahoma City at 2000 Claussen Center. **Exhibit 4** is a list of "licensed insurance
23  companies" from the state of Oklahoma web site that lists American Fidelity Assurance Company.
24  **Exhibit 5** is the face sheet from the insurance application showing the company as "American
25  Fidelity Assurance Company, a member of the American Fidelity Group" with its "Brokerage
26  International Central and South America" at P.O. Box 25523, Oklahoma City, Oklahoma 73125,
    the very same address listed for the Oklahoma Insurance Companies.

The defendant argues that due process should prevent its being sued in any American court and yet it wishes to sell policies to Sonora residents in dollars and English from representatives that believe they represent United States companies and are selling American policies offered by a company headquartered in Oklahoma City, Oklahoma.

It could be that the Oklahoma federal court is the proper venue pursuant to *Hertz Corp. v. Friend*, Feb. 23, 2010, U.S. Supreme Court (no. 08-1107) which places the appropriate diversity jurisdiction of a corporation as the location of its actual center of direction, control and coordination. Exhibit 6 shows that the checks purporting to return the policy premium was mailed from Oklahoma City. The company's "fax" number is in Oklahoma City. From the view point of the sales representative Oklahoma City is the headquarters of this company. It may well have a mail box or other address in Bermuda along with many thousands of other insurance companies that seek to enjoy Bermuda's tax laws but Oklahoma City is clearly the center of its business.

In view of the defendants business model plaintiffs urge that the convenience of the parties makes Arizona the appropriate forum but does concede that the contract was not entered into in Arizona nor was the policy marketed as an Arizona product.

**DATED** this 21st day of May 2010.

**RISNER & GRAHAM**

By: ___/s/ William J. Risner___

William J. Risner
*Attorneys for Plaintiff*

# Exhibit "1"

ANTONIO CHAVEZ TORRES

# INSURANCE DOCUMENTS


American Fidelity
International (Bermuda) Ltd.
A member of the American Fidelity Group

| negra solamente | 2000 CLASSEN CENTER - OKLAHOMA CITY, OKLAHOMA 73106 | Asegurado al Examinador Médico |

Nombre del Propuesto Asegurado: **ANTONIO CHAVEZ TORRES**
Fecha de Nacimiento: Mes **JULIO** Día **18** Año **1949**

1. a. ¿Nombre y dirección de su médico personal? (Si no tiene uno, pues indíquelo) **RENE PESQUEIRA**
   b. ¿Última fecha y razón por la cual lo consultó? **Por check-up hace 2 meses.**
   c. ¿Tratamiento suministrado o medicamento recetado? **Tritace 5mg. Lerendipino 10mg - Butihiosina**

|  | SI | NO |
|---|---|---|
| 2. ¿Alguna vez ha consultado al médico, sido tratado, o tenido conocimiento de algún indicio de: | | |
| a. Algún desorden de ojos, oídos, nariz o garganta? | ☒ | ☐ |
| b. Mareos, desmayos, convulsiones, dolor de cabeza, desorden del habla, parálisis, ataque o desorden nervioso? | ☐ | ☒ |
| c. Corto de aliento, ronquera persistente o tos, escupidura de sangre, bronquitis, pleuresía, asma, enfisema, tuberculosis, o desorden respiratorio crónico? | ☐ | ☒ |
| d. Dolor de pecho, palpitación, presión arterial alta, fiebre reumática, soplo cardíaco, ataque cardíaco, u otro desorden cardíaco o de los vasos sanguíneos? | ☐ | ☒ |
| e. Hepatitis, cirrosis de hígado, flujo de sangre intestinal, úlcera, hernia, apendicitis, colitis, diverticulitis, hemorroides, indigestión recurrente, u otro desorden del estómago, intestinos, hígado o vesícula biliar? | ☐ | ☒ |
| f. Azúcar, albúmina, sangre o pus en la orina, enfermedad venérea, cálculos u otro desorden en el riñón, vejiga, próstata u órganos reproductivos? | ☐ | ☒ |
| g. Diabetis, tiroide u otros desórdenes endócrinos? | ☐ | ☒ |
| h. Neuritis, ciática, reumatismo, artritis, gota, u otros desórdenes de los músculos, huesos, coyunturas, espalda o espina dorsal? | ☐ | ☒ |
| i. Algún desorden de la piel o glándulas linfáticas, quiste, tumor o cáncer? | ☐ | ☒ |
| j. Alergias; anemia u otro desorden de la sangre? | ☒ | ☐ |
| k. Alguna condición de salud mental, emocional o siquiátrica? | ☐ | ☒ |

OBSERVACIONES: Proporcione detalles a todas las respuestas "SI." Identifique el número de la pregunta y marque con un círculo los artículos aplicables. Incluya todas las fechas, diagnósticos, duraciones y resultados. Proporcione nombres y direcciones de todos los médicos que le atendieron e instalaciones médicas.

2.A **Hace un año operación por Nodulo en cuerda bucal**

2.J **Alergico a Penicilina.**

5. **Hipertension Arterial.**
10. **Hipertension Arterial.**

| | SI | NO |
|---|---|---|
| l. ¿En los últimos cinco años, alguna de las personas a ser cubierta ha: | | |
| a. Sido tratada o pertenecido a una organización por alcoholismo o abuso de drogas? | ☐ | ☒ |
| b. Sido convicta de conducir mientras intoxicada? | ☐ | ☒ |
| c. Sido convicta del uso, venta o posesión de barbituratos, sedativos, heroína, morfina, LSD, marihuana, cocaína o anfetaminas? | ☐ | ☒ |
| a. ¿Usa usted corrientemente cualquier tipo de tabaco? (Si responde "sí," indique el tipo) | ☐ | ☒ |
| b. ¿Ha fumado cigarrillos dentro de los últimos 12 meses? (Si responde "sí," indique por cuántos años ha fumado, la fecha en que fumó últimamente, y el número de cajetillas por día) | ☐ | ☒ |
| ¿Está ahora usted bajo observación o siguiendo algún tratamiento? | ☒ | ☐ |
| ¿Ha tenido algún cambio en el peso en el último año? | ☐ | ☒ |
| Fuera de lo de arriba mencionado, ¿dentro de los últimos 5 años ha usted: | | |
| a. Tenido un examen, consulta, enfermedad, herida u operación? | ☐ | ☒ |
| b. Sido un paciente en un hospital, clínica, sanatorio u otra instalación médica? | ☐ | ☒ |
| c. Tenido un electrocardiograma, rayos x, u otro análisis de laboratorio? | ☒ | ☐ |
| d. Sido aconsejado de tener una prueba diagnóstica, hospitalización u operación que no ha sido completada? | ☐ | ☒ |
| ¿Alguna vez por razones de salud física o mental ha usted: | | |
| a. Recibido beneficios por incapacitación, compensación o una pensión? | ☐ | ☒ |
| b. Tenido un aplazamiento, rechazo o relevo del servicio militar? | ☐ | ☒ |

| 11. Historia familiar | Edad si vive(n) | Estado de salud o causa de muerte | Edad al morir |
|---|---|---|---|
| Padre | SI (NO) | SANO | |
| Madre | NO | CARDIOPATIA ISQUEMICA | 55 |
| Hermanos Hermanas Número Viviente(s) | 56 | CARDIOPATIA ISQUEMICA | |
| | 53 | SANO | |
| | 52 | SANA | |
| Número Difunto(s) | | | |

¿Alguna vez alguna de las personas a ser cubierta ha:
a. Sido tratada o tenido algún indicio conocido de SIDA(AIDS), Complejo Relacionado

# Exhibit "2"

E-Z MESSENGER
1209 E. Washington Street
Phoenix, AZ 85034
(602) 258-8081   FAX: (602) 258-8864

CLIENT FILE NO.
390

IN THE UNITED STATES DISTRICT COURT
PIMA
STATE OF ARIZONA
**MARIA DOLORES PLATT CHAVEZ**
                VS
**AMERICAN FIDELITY INTERNATIONAL**

CASE NO. 4:09-CV-00677-JMR

AFFIDAVIT OF
ATTEMPTED SERVICE

STATE OF ARIZONA              )
MARICOPA COUNTY               )

THE AFFIANT, being sworn, states: That I am a private process server registered in MARICOPA COUNTY and an Officer of the Court. On 03/02/10 I received the TWO COPIES OF SUMMONS; TWO COPIES OF COMPLAINT; TWO COPIES OF ATTACHMENT

from RISNER & GRAHAM and by WILLIAM J. RISNER in each instance I personally attempted to serve a copy of each document listed above upon:
AMERICAN FIDELITY INTERNATIONAL, (BERMUDA) LTD., A MEMBER OF THE AMERICAN FIDELITY GROUP, BY SERVICE UPON THE ARIZONA DEPARTMENT OF INSURANCE on 03/03/10 at 11:20 am at 2910 N. 44TH ST., #10 PHOENIX, AZ 85018 MARICOPA COUNTY in the manner shown below:

SERVICE WAS ATTEMPTED AT THE ADDRESS PROVIDED, THE DEPARTMENT OF INSURANCE HAVE NO LISTINGS FOR THIS ENTITY. RETURNING DOCUMENTS PER CLIENT.

DON A. FOUTZ, ACPS                    Affiant
Sworn to before me the    Mar 5, 2010

Monica Moreno                         Notary

My Commission expires: 06/01/2012

AX031850738
1850738 8804 03
ORIGINAL

| | | |
|---|---|---|
| ATTEMPTED SERVICE | $ | 16.00 |
| MILES | 9 $ | 21.60 |
| SERVICE CHARGE | $ | 6.50 |
| AFFIDAVIT PREP/NOTARY | $ | 10.00 |
| TOTAL | $ | 54.10 |

OFFICIAL SEAL
MONICA MORENO
NOTARY PUBLIC-ARIZONA
MARICOPA COUNTY
My Comm. Exp. June 1, 2012

# Exhibit "3"

IN THE UNITED STATES DISTRICT COURT, STATE OF ARIZONA, COUNTY OF PIMA

CASE NO.  4:09-CV-00677-JMR

MARIA DOLORES PLATT CHAVEZ
vs
AMERICAN FIDELITY INTERNATIONAL

AFFIDAVIT OF SERVICE

STATE OF Oklahoma
COUNTY OF Oklahoma
The undersigned being sworn, states: on the 17 day of Mar, 2010
I received:
SUMMONS; ATTACHMENT; COMPLAINT; ATTACHMENT

from E-Z Messenger, an Executive Process Company
for RISNER & GRAHAM                                        Attorney(s) and in each
instance I personally served a copy of each document listed above on those
named below in the manner and at the time and place shown, hereinafter set
forth, to wit:
DEFENDANT(S) SERVED
AMERICAN FIDELITY INTERNATIONAL, (BERMUDA) LTD., A MEMBER OF THE AMERICAN
FIDELITY GROUP, BY SERVICE UPON STEPHEN P. GARETT
ADDRESS WHERE SERVED: 2000 Classen Center

   CITY/STATE/ZIP: Oklahoma City, OK 73125

        DATE SERVED: 3 / 24 / 10    TIME SERVED: 12 : 33     AM / PM
MANNER OF SERVICE
Indicate Defendant(s) served by placing an "X" in the proper box
( ) PERSONALLY, by serving the above named individual(s)
( ) by leaving copies at the dwelling house, or usual place of abode,
    by delivering to and leaving a true and correct copy thereof
    with a person of suitable age and descretion, residing therein
    to wit: _____
(X) by service upon: Ann Capers, Person Authorized / HR
( ) by service upon its STATUTORY AGENT:
( ) by service upon a CORPORATE OFFICER, NAME :
                                          TITLE:

I certify that "MILITARY STATUS" was checked and the
defendant(s) ____ ARE ____ ARE NOT in the "ACTIVE MILITARY."
    If so, what branch:

SUBSCRIBED AND SWORN TO BEFORE ME
25 day of _____, 2010          Affiant
MY COMMISSION EXPIRES:


                                   Notary Public

1861706
8804                                        AX021861706

# Exhibit "4"

# Licensed Insurance Companies

| NAME | NAIC # | COMPANY TYPE | ORIGINAL LICENSE DATE | DOMICILE STATE | ADDRESS | PHONE | AUTHORIZED LINES | ASSETS | LIABILITIES | CAPITAL AND SURPLUS | OKLAHOMA PREMIUM | OKLAHOMA CLAIMS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AMERICAN EQUITY SPECIALTY INSURANCE COMPANY | 10819 | PROPERTY AND CASUALTY | 8/27/2001 | CT | ONE TOWER SQUARE, HARTFORD, CT 06183 | (860) 272-0111 | CASUALTY - VEHICLE, MARINE, CASUALTY, PROPERTY | 78,942,857 | 48,734,432 | 30,208,425 | 0 | 0 |
| AMERICAN FAMILY HOME INSURANCE COMPANY | 23450 | PROPERTY AND CASUALTY | 8/1/1975 | FL | P.O. BOX 5323 CINCINNATI, OH 45201-5323 | (513) 943-7200 | SURETY EXCLUDING BAIL, CASUALTY - VEHICLE, MARINE, CASUALTY, PROPERTY | 451,926,619 | 321,714,177 | 130,212,442 | 1,928,132 | 1,774,931 |
| AMERICAN FAMILY LIFE ASSURANCE COMPANY OF COLUMBUS | 60380 | LIFE | 8/24/1965 | NE | 1932 WYNNTON RD. COLUMBUS, GA 31999-9035 | (706) 323-3431 | ACCIDENT & HEALTH, LIFE | 71,782,967,526 | 67,181,643,541 | 4,601,319,985 | 52,031,785 | 23,614,237 |
| AMERICAN FARM LIFE INSURANCE | 89619 | LIFE | 9/23/2002 | TX | P.O. BOX 1486 FORT WORTH, TX 76101-1486 | (817) 451-9550 | ACCIDENT & HEALTH, LIFE | 2,133,703 | 590,627 | 1,543,076 | 184,353 | 52,182 |
| AMERICAN FARMERS & RANCHERS INSURANCE COMPANY | 37931 | PROPERTY AND CASUALTY | 8/3/2001 | ID | P.O. BOX 25968 OKLAHOMA CITY, OK 73125 | (405) 218-5535 | SURETY EXCLUDING BAIL, CASUALTY - VEHICLE, MARINE, CASUALTY, PROPERTY | 21,131,309 | 9,788,414 | 11,342,895 | 308,313 | 279,894 |
| AMERICAN FARMERS & RANCHERS LIFE INSURANCE COMPANY | 60004 | LIFE | 1/1/1983 | OK | PO BOX 25968 OKLAHOMA CITY, OK 73125 | (405) 603-1102 | ACCIDENT & HEALTH, LIFE | 17,894,351 | 12,566,671 | 5,325,580 | 2,214,527 | 1,004,248 |
| AMERICAN FARMERS & RANCHERS MUTUAL INSURANCE COMPANY | 41475 | PROPERTY AND CASUALTY | 1/1/1982 | OK | P.O. BOX 24000 OKLAHOMA CITY, OK 73124 | (405) 218-5100 | CASUALTY - VEHICLE, MARINE, CASUALTY, PROPERTY | 103,311,793 | 76,230,495 | 27,081,298 | 103,649,334 | 78,907,151 |
| AMERICAN FIDELITY ASSURANCE COMPANY | 60410 | LIFE | 11/30/1960 | OK | P.O. BOX 25523 OKLAHOMA CITY, OK 73125-0523 | (405) 523-2000 | VARIABLE, ACCIDENT & HEALTH, LIFE | 3,311,734,204 | 3,072,619,921 | 239,134,283 | 77,087,280 | 62,868,857 |
| AMERICAN FIDELITY LIFE INSURANCE COMPANY | 60429 | LIFE | 8/12/1964 | FL | P.O. BOX 1837 WARRINGTON BRANCH PENSACOLA, FL 32507 | (850) 456-7410 | ACCIDENT & HEALTH, LIFE | 469,804,893 | 396,595,530 | 73,209,363 | 1,513,022 | 413,378 |
| AMERICAN FIRE AND CASUALTY COMPANY | 24066 | PROPERTY AND CASUALTY | 8/21/1957 | OH | 9450 SEWARD ROAD FAIRFIELD, OH 45014-5456 | (513) 603-2400 | WORKERS COMPENSATION, SURETY EXCLUDING BAIL, CASUALTY - VEHICLE, MARINE, CASUALTY, PROPERTY, ACCIDENT & HEALTH | 157,231,383 | 121,454,258 | 35,777,125 | 4,489,243 | 2,560,018 |
| AMERICAN FUJI FIRE AND MARINE INSURANCE COMPANY | 40398 | PROPERTY AND CASUALTY | 1/25/1994 | IL | TWO LOGAN SQUARE, SUITE 600 PHILADELPHIA, PA 19103 | (267) 675-3323 | WORKERS COMPENSATION, SURETY EXCLUDING BAIL, CASUALTY - VEHICLE, MARINE, CASUALTY, PROPERTY, ACCIDENT & HEALTH | 105,077,508 | 22,559,000 | 82,518,508 | 0 | 0 |
| AMERICAN GENERAL ASSURANCE COMPANY | 68373 | LIFE | 8/8/1985 | IL | 3600 ROUTE 66, P.O. BOX 1580 NEPTUNE, NJ 07754-1580 | (732) 922-7000 | ACCIDENT & HEALTH, LIFE | 193,922,668 | 119,055,621 | 74,867,047 | 1,346,720 | 1,314,899 |
| AMERICAN GENERAL INDEMNITY COMPANY | 24376 | PROPERTY AND CASUALTY | 6/22/1992 | IL | 3600 ROUTE 66, P.O. BOX 1580 NEPTUNE, NJ 07753 | (732) 922-7000 | CASUALTY - VEHICLE, MARINE, CASUALTY, PROPERTY, ACCIDENT & HEALTH | 9,878,207 | 2,588,435 | 7,289,772 | -259 | -200 |
| AMERICAN GENERAL LIFE AND ACCIDENT INSURANCE COMPANY | 66672 | LIFE | 5/20/1915 | TN | AMERICAN GENERAL CENTER NASHVILLE, TN 37250 | (615) 749-1000 | ACCIDENT & HEALTH, LIFE | 9,134,530,742 | 8,571,028,271 | 563,502,471 | 7,184,377 | 9,472,714 |
| AMERICAN GENERAL LIFE INSURANCE | 60488 | LIFE | 8/22/1975 | TX | P.O. BOX 1591 HOUSTON, TX 77251 | (713) 522-1111 | VARIABLE, ACCIDENT & HEALTH, LIFE | 38,638,399,451 | 33,446,053,997 | 5,192,345,454 | 36,273,514 | 28,081,230 |
| AMERICAN GENERAL LIFE INSURANCE COMPANY | 31208 | PROPERTY AND CASUALTY | 3/1/1975 | TN | AMERICAN GENERAL CENTER NASHVILLE, TN 37250 | (615) 749-1000 | SURETY EXCLUDING BAIL, CASUALTY - VEHICLE, MARINE, CASUALTY, PROPERTY | 56,862,223 | 16,337,104 | 40,525,119 | 0 | 0 |
| AMERICAN GENERAL PROPERTY INSURANCE COMPANY OF FLORIDA | 22616 | PROPERTY AND CASUALTY | 10/2/1970 | FL | AMERICAN GENERAL CENTER NASHVILLE, TN 37250 | (615) 749-1000 | CASUALTY - VEHICLE, MARINE, CASUALTY, PROPERTY | 12,908,268 | 403,054 | 12,505,214 | 0 | 0 |
| AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY | 26247 | PROPERTY AND CASUALTY | 10/23/1939 | NY | 1400 AMERICAN LANE SCHAUMBURG, IL 60196-1056 | (847) 605-6000 | WORKERS COMPENSATION, SURETY EXCLUDING BAIL, CASUALTY - VEHICLE, MARINE, CASUALTY, PROPERTY, ACCIDENT & HEALTH | 215,450,215 | 59,154,814 | 155,295,400 | 5,713,480 | -634,315 |
| AMERICAN GUARANTY TITLE INSURANCE COMPANY | 51411 | TITLE | 7/21/1979 | OK | 4040 NORTH TULSA OKLAHOMA CITY, OK 73112 | (405) 942-4848 | TITLE | 14,516,997 | 2,752,661 | 11,764,336 | 2,537,281 | 21,133 |
| AMERICAN HALLMARK INSURANCE COMPANY OF TEXAS | 43494 | PROPERTY AND CASUALTY | 1/13/2006 | TX | 14651 DALLAS PKWY SUITE 400 DALLAS, TX 75254 | (972) 934-2400 | SURETY EXCLUDING BAIL, CASUALTY - VEHICLE, MARINE, CASUALTY, PROPERTY | 228,578,008 | 140,970,240 | 87,607,768 | 64,330 | 1,560 |

# Exhibit "5"

BROKERAGE INTERNATIONAL
CENTRAL AND SOUTH AMERICA
P.O. Box 25523
Oklahoma City, OK 73125
1-800-320-2165
Fax: (405) 523-5515



A member of the American Fidelity Group

## DECLARACION DEL MEDICO ASISTENTE (APS)

| Dr. FCO. Rene Esqueva Torres | Paciente: Antonio Chavez Torres | Fecha de Solicitud: 24 05 06 |
|---|---|---|
|  |  | Fecha de Nacimiento: 18/07/49 |
|  | Agente: J. TAPIA | Numero de Póliza: |
|  | A.General: |  |

Su paciente ha solicitado un seguro a través de nuestra compañia. Agradecemos su asistencia profesional para el estudio de esta solicitud.

| FECHAS DE CONSULTA || RAZON DE LA CONSULTA y DIAGNOSTICO | DURACION DE LA ENFERMEDAD | TRATAMIENTO, OPERACION, MEDICAMENTOS |
|---|---|---|---|---|
| MES | AÑO |  |  |  |
| Nov. | 05 | HIPERTENSION ARTERIAL SISTEMICA | 5 años | TRITACE 5 mg 1X1 ZANIDIP 10 mg 1X1 ELETROL 10 2X1 CARDIOPROTECT 2X1 |
| Feb | 06 | " | " |  |

(1) De su mejor conocimiento. ¿El paciente utiliza tabaco en cualquiera de sus formas? En caso afirmativo, indique detalles. Si__ No X

(2) Resultados de Laboratorio (incluyendo reportes patológicos y de rayos-X, ECG, etc. indicando fechas)
8/03/06 EKG normal, Rx PA de torax: inc. cent. 1/3 GE. lab: colesterol 216 Tiglicerides 173, HDL 52, LDL 149

(3) Estado actual de salud. Incluya secuelas y complicaciones de las enfermedades citadas anteriormente.
Bueno TA 140/75 2CR normales

(4) ¿Ha consultado el paciente a cualquier otro médico o cirujano? En caso afirmativo, indique nombre, la fecha y razón de la consulta.
NO

(5) Favor registrar cualquier otra información correspondiente al estado de salud del paciente.

Fecha 24 de Mayo 2006   Firma y sello _____

FAVOR USE EL DORSO SI ES NECESARIO

# Exhibit "6"



**American Fidelity Assurance Company**
A member of the American Fidelity Group

LIFE DIVISION
P.O. BOX 268923
OKLAHOMA CITY, OK 73126-8923

www.afadvantage.com

E-10040

ADDRESS SERVICE REQUESTED

TO THE ORDER OF
MARIA DOLORES CHAVEZ TORRES
6305 N VIA JASPEADA
TUCSON, AZ 85718

| American Fidelity International (Bermuda) | VENDOR 001107469000 | CHECK NO. 0000012855 |
|---|---|---|
| **DESCRIPTION** | | **NET AMOUNT** |
| Surrender Clr  Full Sur Payout | | 334.30 |
| | CHECK TOTAL | 334.30 |

THE FACE OF THIS DOCUMENT HAS A GREEN BACKGROUND AND MICROPRINTING. THE BACK OF THIS DOCUMENT HAS A BASKETWEAVE PATTERN AND AN ARTIFICIAL WATERMARK.

86-3 / 1039

**American Fidelity International (Bermuda) Ltd.**
A member of the American Fidelity Group

Bank of Oklahoma, N.A.
Tulsa, OK
**Void After 90 Days**

| Check No. | Check Date | Vendor No. |
|---|---|---|
| 0000012855 | 6/9/2009 | 001107469000 |

PAY   THREE HUNDRED THIRTY-FOUR AND 30/100 DOLLARS

TO THE ORDER OF
KARLA I PLATT CHAVEZ

CHECK AMOUNT
$*********334.30

BY _____
AUTHORIZED SIGNATURE

BY _____
AUTHORIZED SIGNATURE

⑆0000012855⑆ ⑈103900036⑈ 805481588⑆